Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **T.H. Marsh Construction Company** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Marsh Constuction** <br> **DBA  Marsh** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-1577176** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **42690 Woodward Ave, Ste 325** <br> **Bloomfield Hills, MI 48304** <br> Number, Street, City, State & ZIP Code <br><br> **Oakland** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **1668 Thorncroft Troy, MI 48084** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **thmarsh.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                    Relationship _____

District _____   When _____   Case number, if known _____

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2022**
               MM / DD / YYYY

*X* **/s/ Ryan Marsh**                                             **Ryan Marsh**
Signature of authorized representative of debtor                   Printed name

Title    **President**

**18. Signature of attorney**

*X* **/s/ Ernest M. Hassan**                          Date **August 22, 2022**
Signature of attorney for debtor                            MM / DD / YYYY

**Ernest M. Hassan P67815**
Printed name

**Stevenson & Bullock, P.L.C.**
Firm name

**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**
Number, Street, City, State & ZIP Code

Contact phone    **(248)354-7906**    Email address    **ehassan@sbplclaw.com**

**P67815 MI**
Bar number and State

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 5

# T.H. MARSH CONSTRUCTION
## CERTIFICATE OF
## AUTHORIZATION CONCERNING
## FILING OF VOLUNTARY PETITION UNDER
## CHPATER 7 OF TITLE 11, UNITED STATES CODE

The undersigned, Ryan Marsh, Trustee of the Ryan S. Marsh Revocable Trust dated October 12, 2006 and Erik Prater certify that they are the one hundred percent owners T.H. Marsh Construction ("Marsh"), and authorize that the following is a true and correct copy of the resolution adopted by the Board of Directors on August 17, 2022 in accordance with the requirement of applicable Michigan law:

RESOLVED, that in the judgment of the board of directors, it is desirable and in the best interest of Marsh that Marsh commence a Chapter 7 bankruptcy case by filing voluntary petition under the provisions of Chapter 7 of Title 11, United States Code (the "Bankruptcy Code"); and

RESOLVED, that Ryan Marsh, President for Marsh is hereby authorized and empowered on behalf of, and in the name of the Marsh to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Michigan at such time as such authorized officer executing the same shall determine ("Bankruptcy Case"); and

RESOLVED that Ryan Marsh is hereby authorized and empowered on behalf of, and in the name of Marsh to retain and employ other employees, attorneys, accountants, financial advisors, and other professionals to assist in Marsh's Chapter 7 case on such terms as are deemed necessary, proper and desirable; and

RESOLVED, that Ryan Marsh be and hereby is, authorized and empowered to act as the responsible person for Marsh during the Bankruptcy Case (both in and out of Court) and to cause Marsh to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, petitions, applications, motions, plans, disclosure statements, affidavits, applications for approvals or rulings of courts, governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper and desirable to prosecute to a successful completion the Marsh's Chapter 7 case, and to carry out and put into effect the purposes of the foregoing resolutions consistent with the United States Bankruptcy Code, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

RESOLVED, that Ernest M. Hassan, III and the law firm of Stevenson & Bullock, PLC be and it hereby are, employed as attorneys for Marsh for the Bankruptcy Case; and

RESOLVED, that any and all past actions heretofore taken by any directors and officers of the Marsh in the name of and on behalf of Marsh in the furtherance of any or

all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

[Signatures are on the following page]

APPROVED:


By: /s/ Ryan Marsh
Ryan S. Marsh, Trustee of the Ryan S. Marsh
Revocable Trust dated October 12, 2006
Shareholder


By: /s/ Erik Prater *w/consent*
Erik Prater
Shareholder

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re   T.H. Marsh Construction Company                                    Case No.
                                                    Debtor(s)            Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **August 22, 2022**                    **/s/ Ryan Marsh**
                                                **Ryan Marsh**/**President**
                                                Signer/Title

6i Services
30952 Industrial Drive
Livonia, MI 48150


A-1 Asphalt Sealing and Repair
4634 Divison Ave
Wayland, MI 49348


A.L.E.C. Masonary Inc.
13499 Chestnut Lane
Taylor, MI 48180


A1 Glass Company, LLC
11800 W. Washington Avenue
Mount Morris, MI 48458


Aaro Companies
24643 Hoover Road
Warren, MI 48089


ABF Environmental LLC
3800 Cottage Grove
Waterford, MI 48328


Absolute Fire Protection Inc.
235 Church Street
Mount Clemens, MI 48043


ACAR Leasing LTD
d/b/a GM Financial Leasing
POB 183853
Arlington, TX 76096


Ace Sprinkler Company
17720 Clarann
Melvindale, MI 48122


Advanced Caulking, LLC
7630 Production Drive
Cincinnati, OH 45237


Advanced Specialties Inc.
1020 W. 14 Mile Road
Clawson, MI 48017

AFLAC
Att: Remittance Processing
1932 Wynnton Road
Columbus, GA 31999


Aktion Associates, Inc.
1687 Woodlands Dr.
Maumee, OH 43537


All Med
6321 Commerce Drive
Westland, MI 48185


Ally
P.O. Box 9001951
Louisville, KY 40290


Ally Financial Inc.
P.O. Box 8118
Cockeysville, MD 21030


Alpena Opco, LLC
c/o John M. Sier
One Woodward Avenue, Suite 2400
Detroit, MI 48226


Alt & Witzig Engineering Inc
4105 West 99th Street
Carmel, IN 46032


American Fence & Supply Co.
21200 Schoenherr
Warren, MI 48089


Ann Arbor Fire Protection
3735 Plaza Drive
Ann Arbor, MI 48108


ARC Document Solutions, LLC
3666 Carnegie Avenue
Cleveland, OH 44115


Artman's Nursery, Inc.
1512 S Newburgh Road
Westland, MI 48186

Assa Abloy Entrance Systems US
38291 Schoolcraft Road
Livonia, MI 48150


Avis Managment
c/o Thorncroft Ventures Inc.
26640 Harding St.
Oak Park, MI 48237


Avis Mqanagment
c/o Thorncroft Ventures Inc.
26640 Harding St.
Oak Park, MI 48237


B & A Structural Steel, LLC
50775 Richard W. Blvd.
New Baltimore, MI 48051


BDS Environmental
24422 Ryan Road
Warren, MI 48091


Big Water Technoloies Corp.
25860 Lasher Rd.
Southfield, MI 48033


Bilz Plumbing
235 Second Street
Ferrysburg, MI 49409


Blue Ribbon Contracting, Inc.
11531 Monterey Drive
Belleville, MI 48111


Blue Star, Inc.
21950 Hoover
Brighton, MI 48116


Bob's Sanitation Service, Inc.
P.O. Box 530845
Livonia, MI 48153

Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226


Bonham Electric
3521 Wrightway Rd
Dayton, OH 45424


Braden Shielding Systems, LLC
9260 Broken Arrow Expressway
Tulsa, OK 74155


Bumler Mechanical
6260 18 1/2 mile Road
Sterling Heights, MI 48314


Byers DC Detroit, Inc.
PO Box 1808
ME 04809


c/o J. Christian Hauser
1301 W. Long Lake Road, Suite 250
Troy, MI 48098


c/o Vance & Hassan, PLC
206 E. Commerce
Milford, MI 48381


Capital Welding Inc
8485E Lancaster Newark Rd.
Baltimore, OH 43105


Carrigan Development Inc.
5412 Lapeer Road
Smiths Creek, MI 48074


Center Line Electric, Inc.
26554 Lawrence
Center Line, MI 48015


Central Ceiling West, Inc.
571 Gordon Industrial Court
Suite A
Byron Center, MI 49315

Century Group Holdings, Inc.
29220 Lyon Oaks Drive
Wixom, MI 48393


Certified Electric Inc.
7965 Kensignton Court Ste A1
Brighton, MI 48116


Christen Detroit
12830 Mansfield St.
Detroit, MI 48227


Chrysler Capital
attn: Bankruptcy Dept
PO Box 961278
Fort Worth, TX 76161-1278


City Carpet and Flooring Inc.
c/o J. Christian Hauser
1301 W. Long Lake Road, Suite 250
Troy, MI 48098


Collin Wells
26277 Shiawassee
Southfield, MI 48033


Combs Interior Specialties Inc
475 W. Funderberg Road
Fairborn, OH 45324


Community Healthcare Trust
c/o Mark G. Cooper
27777 Franklin Rd., Ste 2500
Southfield, MI 48034


Construction Specialties, Inc.
3 WernerWay
Lebanon, NJ 08833


Continental Interiors, Inc.
1210 East Maple
Troy, MI 48083

Core Land Consulting
30445 Northwestern Hwy, Ste 143
Farmington, MI 48334


Core Mechanical, Inc.
8751 Witeford Road, Suite 201
Ottawa Lake, MI 49267


Cowhy-Hayes Construction, Inc.
c/o Frederick Lucas
7577 US 12, Ste A
Onsted, MI 49265


Creative Cement Co
25694 Northline Rd.
Taylor, MI 48180


Crystal Window & Door Systems
1300 W 35th Street
Chicago, IL 60609


DCG Cambridge House, L.P.
c/o Michael R. Reed
65 East State Street
Suite 1400
Columbus, OH 43215


De-Cal, Inc.
24659 Schoenherr Rd
Warren, MI 48089


Delta Dental
16082 Collection Center Drive
Chicago, IL 60693


Designers Mirror & Glass Inc.
24391 Gibson Drive
Warren, MI 48089


Detroit Power Systems
c/o Ronald B. Rich
30665 Northwestern Hwy., Ste 280
Farmington, MI 48334

Detroit Power Systems, LLC
622 W. Baltimor
Detroit, MI 48202


DiHydro Services, Inc.
40833 Brentwood Drive
Sterling Heights, MI 48310


Douglas Mechanical LLC
34133 Schoolcraft
Livonia, MI 48150


Downriver Lawn and Landscape
2300 N. Belle River Rd.
East China, MI 48054


East Side Tile and Marble
42700 Mound Road
Sterling Heights, MI 48314


Edgewood Electric, LLC
3633 Micgigan Ave.
ste 100
Detroit, MI 48216


Edwards Glass Company
32000 Plymouth Rd
Livonia, MI 48150


Elite Fire Safety, Inc.
23661 Telegraph Road
Southfield, MI 48033


Environmental Maintenance
25851 Throwbridge
Inkster, MI 48141


Erlanger Hardware Consultants
2025 Delavare Avenue
Cincinnati, OH 45212


Exquisite Hardscapes, LLC
56592 Scotland Blvd
Utica, MI 48316

Falcon Fire Protection LLC
514 Watts Rd.
Jackson, MI 49203


Ferndale Electric Company, Inc.
915 E. Drayton
Ferndale, MI 48220


Geiler Company
c/o Andrew B. Cassady
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202


Gen-Oak Fabricators, Inc.
2501 Brown Raod
Lake Orion, MI 48359


GM Finanical
PO Box 1510
Cockeysville, MD 21030


Goyette Mechanical
3842 Gorey Avenue
Flint, MI 48506


Gregg Hill's Custom Fireplace
5537 Whippie Ave NW, Suite 3
North Canton, OH 44720


Ground Radar Experts, LLC
5633 Woodmansee Way
Hamilton, OH 45011


Guy Hurley LLC
989 East South Blvd
Suite 200
Rochester, MI 48307


Gypsum Supply Company
PO Box 74008925
Chicago, IL 60674

Hartford
c/o Jeffery Passafaro
1 Hartford Plaza
Hartford, CT 06150


Heeter Plumbing LLC
8633 N Dixie Dr.
Dayton, OH 45414


HI-Tech Landscaping
11856 Newman Road
Brighton, MI 48114


HMC Mason Contractors
14315 Industrial Center Drive
Utica, MI 48315


Huntington National Bank
5555 Cleveland Avenue
Columbus, OH 43231


Huron Valley Electric
425 Jackson Plaza
Ann Arbor, MI 48103


Iannuzzi Manetta & Company
1175 West Long Lake Rd
Troy, MI 48098


Ideal Floor Covering, Inc.
PO Box 81006
Rochester, MI 48308


In Pro Corporation
S80 W18766 Apollo
Muskego, WI 53150


Interior Enviroments
48700 Grand River
Novi, MI 48374


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Fire Protection
28807 Reilly Road
New Hudson, MI 48165


J&J Construction Co.
7135 Dan McGuire Drive
Brighton, MI 48116


J-Line Trenching, LLC
11385 Owosso Road
Fowlerville, MI 48836


J. Stevesns Construction, Inc.
1825 S. Wolf Lake Road
Muskegon, MI 49442


JD Candler Roofing Co, Inc.
31111 Industrial
Livonia, MI 48150


Jons to Go
2675 E Sternberg Rd
Muskegon, MI 49444


Jose Manual Martinez
Calle Del Padre Barranco 36
Anderson, IN 46015


Judd Industrial
17900 Ryan Road
Hamtramck, MI 48212


Keller Group Limited
3909 Groves Road
Columbus, OH 43232


Kone, Inc.
c/o Jeffery S. Nicolet
100 South Fifth Street
Suite 800
Minneapolis, MN 55402

Kril Enterprises, Inc.
195 E. Hamburg Street
Suite A
Pinckney, MI 48169

KVM Door System, Inc.
24387 Sorrentino Court
Clinton Township, MI 48035

Labor Staffing Solutions
33233 Woodward Avenue
Birmingham, MI 48012

LaForce, Inc.
1060 West Mason Street
Green Bay, WI 54303

Larry Spivey d/b/a Masonry
6878 Catskill Drive
Franklin, OH 45005

Levitate Plus Flooring
13050 Watkins Road
Marysville, OH 43040

Lift Forward, Inc.
180 Maiden Lane 10th Floor
New York, NY 10038

Lisa Antovski
11487 Fisher Avenue
Warren, MI 48089

Lutz Roofing Company, Inc.
4721 22 Mile Road
Utica, MI 48317

Macomb Mechanical, Inc.
6250 19 Mile road
Sterling Heights, MI 48314

Magic Wall Covering, Inc.
18255 Canal Road
Clinton Township, MI 48038

Marksman Roofing
3213 Elbob Lane
Mayville, MI 48744


Masonry Solutions Midwest LLC
24451 North River Road
Mount Clemens, MI 48043


Master's Plumbing Inc.
2630 25th St
Port Huron, MI 48060


MCM Fixture Co.
21306 John R. Road
Hazel Park, MI 48030


Medical Technology
6651 102nd Avenue North
Pinellas Park, FL 33782


Medilodge
c/o Kitch Drutchas Wagner Valitutti &
Sherbrook
One Woodward Ave, Ste 2400
Detroit, MI 48226


Mesco Building Soulution
5244 Bear Creek Court
Irving, TX 75061


Mica-Tec Inc.
c/o Jacob A. Kahn
1175 W.Long Lake Road
Sutie 202
Troy, MI 48098


Michielutti Bros
c/o Thomas M. Lizza
39501 Garfield Rd.
Clinton Township, MI 48038


Michigan Dept Treasury-Collections
P.O. Box 30199
Lansing, MI 48909

Michigan Steel Fabricators
5225 Energy Drive
Flint, MI 48505


Mike Rose Landscape
6775 Harvey
Spring Lake, MI 49456


Mill Tech LLC
6355 Rutherford Dr.
Canal Winchester, OH 43110


Millennium Business System
P.O. Box 660831
Dallas, TX 75266


Mobile Air
1000 Valley Belt Road
Independence, OH 44131


Mobile Mini LLC
PO Box 650882
Dallas, TX 75265


Modern Mirror & Glass Co.
20809 Kraft Blvd.
Roseville, MI 48066


Moretti Foundation Co., Inc.
23933 Allen Road
Trenton, MI 48183


Morris L. Hawk
1375 East Nith Street
One Cleveland Cetner 10th Floor
Cleveland, OH 44114


Nagle Paving Company
39525 West Thirteen Mile Road Suite 300
Novi, MI 48377

National Door & Trim
c/o Nick A. Nylculak
6480 Rockside Woods Blvd.
South-South 350
Clevland, OH 44131-2547


National Door and Trim
c/o Bricker & Eckler
100 South Third Street
Columbus, OH 43215


Nelson Iron Works,Inc.
6350 Benham
Detroit, MI 48211


North American Environmental
2842 Banwick Rd
Columbus, OH 43232


Northside Heating, Cooling
2145 Jenna Lane
Muskegon, MI 49445


Novotny Contracting
99 Wolfe Lane, Sec C
Ortonville, MI 48462


O'Donnell Electric LLC
8505 Main Street
Whitmore Lake, MI 48189


Oakland Plumbing Co.
15900 32 Mile Rd.
Ray Twp, MI 48096


Office Enterprises, LLC
100 West Long Lake Road, Suite 250
Bloomfield Hills, MI 48304


Parrott Shielding, LLC
101 North 32nd Street
Louisville, KY 40212

Pioneer Self Storage
25 N. Pioneer Blvd.
Springboro, OH 45066


PNC Bank, National Association
500 First Avenue
Pittsburgh, PA 15219


PNC commercial Loan Statement
PO Box 1030
Kalamazoo, MI 49009


Primo Granite & Marble
1727 Traditional Drive
Walled Lake, MI 48390


Priority 1 Consturction Service
5718 Crookshank Road
Cincinnati, OH 45238


Professional Laminate
1033 Tech Drive
Milford, OH 45150


Progressive Mechanical, Inc.
10800 Galaxie Ave
Ferndale, MI 48220


Progressive Plumbing Supply
31239 Mound Rd.
Warren, MI 48092


Protective Coating Epoxy
971 Arlene Court
Fowlerville, MI 48836


Putman & Son's Plumbing, Inc.
2791 Leach Rd.
Rochester, MI 48309


Rayhaven Group, Inc.
35901 Schoolcraft Rd
Livonia, MI 48150

Reliable Rence Compny
35375 Groesbeck Hey.
Clinton Township, MI 48035


Rene Vanassche & Sons, Co.
21530 Groesbeck Highway
Warren, MI 48089


Republic Services, Inc.
P.O. Box 901099
Louisville, KY 40290


RF Technolgies, Inc.
3125 N 126th St
Brookfield, WI 53005


Richmond Millwork Inc.
29600 32 Mile Rd.
New Haven, MI 48050


Road Commision for Oakland
2420 Pontiac Lake Rd
Waterford, MI 48328


Rocket Enterprise, Inc.
30660 Ryan
Warren, MI 48092


Roetzel
222 S. Main Street
Akron, OH 44308


Romanoff Electric Residential
1288 Research Road
Columbus, OH 43230


Romanoff Electric Residential
Michael V. Passella
1288 Research Road
Columbus, OH 43230


Ron Meyer & Associates
1357 76th Avenue
Zeeland, MI 49464

Roof Options LLC
5712 Weatherstone Way
McHenry, IL 60051


Roseville Glass Co., Co., LLC
20913 Schoenherr
Warren, MI 48089


Russell Plastering Co.
503 Livernois
Ferndale, MI 48220


Ryan Marsh
100 West Long Lake
Suite 200
Bloomfield Hills, MI 48304


Ryan Marsh
5010 Forrest Valley Drive
Clarkston, MI 48348


S&S Midwest Fire Protection
617 Carle Ave
Lewis Center, OH 43035


Schenk & Bruetsch PLC
PO Box 70433
Detroit, MI 48226


Schreiber Corporation
29945 Beck Road
Wixom, MI 48393


SCI Floor Coverning, Inc.
30610 Ecorse Road
Romulus, MI 48174


Service Iron Works, Inc.
245 S. Mill Street
South Lyon, MI 48178


Shambaugh & Son, LP
21661 Melrose Ave
Southfield, MI 48075

SHAQ Property Managment LLC
42690 Woodward Ave
Bloomfield Hills, MI 48304


Shaw Contract Flooring
c/o Ronald B. Rich
30665 Northwestern Hwy., Ste 280
Farmington, MI 48334


Shaw Contract Flooring Service
5 Kovach Drive
Cincinnati, OH 45215


Shock Brothers Floorcovering
20320 Cornillie Drive
Roseville, MI 48066


Spivey Masonry
370 W Factory Rd
Springboro, OH 45066


Stafford Buiding Products Inc.
1235 Waterville-Moncolova Road
Waterville, OH 43566


Strata Design
1645 Park Drive
Traverse City, MI 49686


Strut Tech Systems LLC
8405 Andersonville Rd Ste G
Clarkston, MI 48346


Sunbelt Rentals, INc.
P.O. Box 409211
Atlanta, GA 30384-9211


TCF National Bank
SBA PPP-6582
2508 South Louise Ave
Sioux Falls, SD 57106

TCF National Bank
Attn: Loan Service Center
P.O. Box 1527
Midland, MI 48641


Technical Specialties
101 1/2 N. Saginaw
Pontiac, MI 48342


Tempco Mechanical Contractors
24383 Indoplex Circle
Farmington, MI 48335


Testing Engineers Y Consultants, Inc.
1343 Rochester Road
Troy, MI 48083


Tri-Star Roofing & Sheet Metal
2273 Wadams Road
Smiths Creek, MI 48074


Troy Millwork
1841 Northfield Drive
Rochester, MI 48309


U.S. Attorney
attn: Civil Division (IRS)
211 West Fort St., Ste 2001
Detroit, MI 48226


U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530


Umpqua Bank Vendor Fiance
3455 S. 344th Way
#300
Auburn, WA 98001


United Paitning & Decoration
22669 Morelli Drive
Clinton Township, MI 48036

Vanston-O'Brien, Inc
8150 Jackson Road, Suite A
Ann Arbor, MI 48103


Vertex Steel, Inc.
2175 Fyke Drive
Milford, MI 48381


Vibo Construction, Inc.
4140 Tuller Road, Suite 112
Dublin, OH 43017


W.F. Bolin Company
4100 Fisher Road
Columbus, OH 43228


Walker Works, LLC.
22800 Hall Road - Ste 440
Clinton Township, MI 48036


Waste Magagment of MI, Inc.
PO Box 42090
Phoenix, AZ 85080


Waste Management
c/o John F. Muller Jr.
33233 Woodward Avenue
Birmingham, MI 48012


Waste Managment of Ohio
P.O. Box 4648
Carol Stream, IL 60197


Wells Fargo Vendor fin serv
PO Box 70241
Philadelphia, PA 19176


Whirlpool Corporation
412 N. Peters Road
Knoxville, TN 37922


Whirlpool Corporation
c/o Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

```
Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IL 60693
```