Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>September 15, 2022</u>    X <u>/s/ Ryan Marsh</u>
                                        Signature of individual signing on behalf of debtor

                                        **Ryan Marsh**
                                        Printed name

                                         **President**
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **T.H. Marsh Construction Company**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **22-46555**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................   $        0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $      2,169,017.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................   $      2,169,017.00

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................................   $      14,539.41

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $      396,879.74

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$      6,237,447.71

4. **Total liabilities** ..................................................................................
   Lines 2 + 3a + 3b      $      6,648,866.86

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.
   **All cash or cash equivalents owned or controlled by the debtor**

                                                                             Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*
     Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

   3.1.    **PNC Bank**          **Business Checking**      4316          **$1,852.00**

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$1,852.00**

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
     Description, including name of holder of deposit

   7.1.    Security Deposit with SHAQ Proprty Management LLC          **$3,000.00**

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
     Description, including name of holder of prepayment

   8.1.    Misc. Account Receivable          **$2,100,000.00**

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.         **$2,103,000.00**

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | Mutual funds or publicly traded stocks not included in Part 1<br>Name of fund or stock: | | |
| 15. | Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture<br>Name of entity: | % of ownership | |
| 15.1. | MarshUSQAHLLC; Investment Real Estate; Debtor owns 41% of MarshUSQHLLC("Marsh"). Marsh owns 66.7% of University Drive Office Building, LLC.    41    % | | Unknown |

16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
      Describe:

17.    **Total of Part 4.**

      Add lines 14 through 16. Copy the total to line 83.         **$0.00**

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>12 Folding Tables ($600.00); 48 Folding Chairs ($480.00); 5 Desk ($500.00); Office Furniture ($500);Storage Shelving ($300); 2 Office Couchs ($200.00); and 12 Magnetic Glass Marker Boards ($180.00). | $0.00 | Liquidation | $2,760.00 |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software<br>Ad Hold Voice System; PRI Phone Card; NEC Phone System Lease; and Telecom Equipment. | $0.00 | Liquidation | $500.00 |
| 20 Microsoft Surfaces ($2,000.00); 20 Monitors ($1,000.00), 3 Printers($150.00); large format priniter ($200.00) and 5 TVs ($500.00) | $0.00 | Liquidation | $3,850.00 |

42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.           $7,110.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2011 Sierra 1500 | $0.00 | | $1,500.00 |
| 47.2.  2014 GMC Sierra 1500 | $0.00 | | $5,000.00 |
| 47.3.  2015 GMC Sierra | $0.00 | | $2,500.00 |

| | | | |
|---|---|---|---|
| 47.4. | 2016 GMC Sierra | $0.00 | $2,500.00 |
| 47.5. | 2018 GMC Seirra | $0.00 | $20,000.00 |
| 47.6. | 2006 GMC Box Truck | $0.00 | $5,000.00 |
| 47.7. | 2020 GMC Sierra 1500 Lease | $0.00 | $0.00 |
| 47.8. | 2022 Jeep Gran Cherokee Lease | $0.00 | $0.00 |
| 47.9. | 2020 Buick Enclave Lease | $0.00 | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       580M Back Hoe ($20,000.00); Generator ($50.00); Jackhammer ($20.00); Gas Alert Monitor( $10.00); Manus Generator ($50.00);Snapper M1227 Snow Blower ($25.00); Ridgid 3000 Power Washer ($50.00); and Honda Generator($50.00).          $0.00    Liquidation    $20,555.00

51.    **Total of Part 8.**                                                                    $57,055.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    Is a depreciation schedule available for any of the property listed in Part 8?
       ■ No
       ☐ Yes

53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.1.  **Lease of 42690
       Woodward Ave, Ste
       325, Bloomfiled Hills,
       MI 48304**                                    $0.00                           $0.00

55.2.  **Lease of 1668
       Thronroft, Troy, MI**                         $0.00                           $0.00

56.  Total of Part 9.                                                                           $0.00

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  Is a depreciation schedule available for any of the property listed in Part 9?
     ■ No
     ☐ Yes

58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

71.  Notes receivable
     Description (include name of obligor)

72.  Tax refunds and unused net operating losses (NOLs)
     Description (for example, federal, state, local)

73.  Interests in insurance policies or annuities

74.  Causes of action against third parties (whether or not a lawsuit
     has been filed)
     **Senior Living Fairfield, LLC and Butler County Port
     Authority**                                                              Unknown
     Nature of claim          **Construction Lien Claim**
     Amount requested              **$3,800,000.00**

75.  Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims

Claims against VHS Sinai_Grace Hospital, Inc., VHS
Children's Hospital of Michigan, Inc., VHS Detroit
Receiving Hospital of Michigan, Inc., Jarvis Lock and
Door, Inc. , Macomb mecanical, Incorporated, Michielutti
Bros., Inc., Edgewood Electric, LLC, and Rene
Vanassche & Sons, Co.; These claims are currently
pending in 3rd Circuit Court; Case No. 21-000488-CB
and 21-002297-CB                                                        Unknown

| Nature of claim | Contract |
|---|---|
| Amount requested | $386,447.14 |

76.  Trusts, equitable or future interests in property

77.  Other property of any kind not already listed *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                              $0.00

     Add lines 71 through 77. Copy the total to line 90.

79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,852.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,103,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,110.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $57,055.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +   $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,169,017.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,169,017.00 |

Fill in this information to identify the case:

Debtor name **T.H. Marsh Construction Company**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number (if known) **22-46555**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Ally Financial Inc.**
Creditor's Name

Describe debtor's property that is subject to a lien
**2015 GMC Sierra**

| | $0.00 | $2,500.00 |
|---|---|---|

**P.O. Box 8118**
**Cockeysville, MD 21030**
Creditor's mailing address

Describe the lien
**Vehicle Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2  GM Finanical**
Creditor's Name

Describe debtor's property that is subject to a lien
**2018 GMC Seirra**

| | $0.00 | $20,000.00 |
|---|---|---|

**PO Box 1510**
**Cockeysville, MD 21030**
Creditor's mailing address

Describe the lien
**Vehicle Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | $0.00 | $2,500.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**2016 GMC Sierra**

**5555 Cleveland Avenue**
**Columbus, OH 43231**
Creditor's mailing address

Describe the lien
**Vehicle Loan**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Lift Forward, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**LFU-10265911 23 PD9-00003 Surface Dock 23 FJY-00001 Surface Pro-256; Surface Pro Type Cover Black; Microsoft Complete for Busienss**

**180 Maiden Lane 10th Floor**
**New York, NY 10038**
Creditor's mailing address

Describe the lien
**UCC Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Michigan Dept Treasury-Collections** | Describe debtor's property that is subject to a lien | $14,539.41 | $0.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Personal Property**

**P.O. Box 30199**
**Lansing, MI 48909**
Creditor's mailing address

Describe the lien
**UCC Lien**

---

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

Date debt was incurred

**2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.6 | **PNC Bank, National Association** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**All Asset**

**500 First Avenue**
**Pittsburgh, PA 15219**

Creditor's mailing address

Describe the lien

**UCC Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

**2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Whirlpool Corporation** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**c/o Corporation Service Company**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**

Creditor's mailing address

Describe the lien

**All asset**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

**Prior to filing**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | T.H. Marsh Construction Company | Case number (if known) | 22-46555 |
|---|---|---|---|
| | Name | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $14,539.41

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ryan Marsh<br>5010 Forrest Valley Drive<br>Clarkston, MI 48348 | Line 2.3 | |

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred<br>**Notice purposes only** | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Jacob Isaacson**<br>**536 Woodlawn Avenue**<br>**Royal Oak, MI 48073** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,307.69** | **$2,307.69** |
| Date or dates debt was incurred<br>**Prior to filing** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

22-46555-mlo    Doc 33    Filed 09/15/22    Entered 09/15/22 17:18:32    Page 14 of 62

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $365,385.00 | $15,150.00 |
|---|---|---|---|---|

**John Burgo**
**18642 Grey Avenue**
**Allen Park, MI 48101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to fling**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,076.92 | $3,076.92 |
|---|---|---|---|---|

**Kelley Ellis**
**15426 Champaign Rd.**
**Allen Park, MI 48101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to filing**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

**Kevin Walters**
**2757 Partridge Dr.**
**Rochester, MI 48306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to filing**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,461.54 | $2,461.54 |
|---|---|---|---|---|

**Majd Alghoussaini**
**208 Clair Hill Drive**
**Rochester, MI 48309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to filing**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,076.92 | $4,076.92 |
| | **Mark Fraser** | *Check all that apply.* | | |
| | 3656 Covert Rd | ☐ Contingent | | |
| | Waterford, MI 48328 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **Prior to filing** | **Wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,173.08 | $3,173.08 |
| | **Michael Brabic** | *Check all that apply.* | | |
| | 56520 Saint Mary Dr. | ☐ Contingent | | |
| | Macomb, MI 48042 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **Prior to Filing** | **Wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,692.30 | $2,692.30 |
| | **Michael Evina** | *Check all that apply.* | | |
| | 8030 Ford Rd. | ☐ Contingent | | |
| | Kalkaska, MI 49646 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **Prior to filing** | **Wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,629.37 | $7,629.37 |
| | **Viken Bassmagian** | *Check all that apply.* | | |
| | 34683 Macdonald Dr | ☐ Contingent | | |
| | Detroit, MI 48210 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
| | **Prior to Filing** | **Wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,076.92 | $3,076.92 |

**Zohad Antoon**
**4852 Stoddard Dr**
**Troy, MI 48085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Prior to filing**

Basis for the claim:
**Wages**

Last 4 digits of account number ___

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**6i Services**
**30952 Industrial Drive**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**A-1 Asphalt Sealing and Repair**
**4634 Divison Ave**
**Wayland, MI 49348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**A.L.E.C. Masonary Inc.**
**13499 Chestnut Lane**
**Taylor, MI 48180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**A1 Glass Company, LLC**
**11800 W. Washington Avenue**
**Mount Morris, MI 48458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Aaro Companies**
**24643 Hoover Road**
**Warren, MI 48089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice only

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address<br>ABF Environmental LLC<br>3800 Cottage Grove<br>Waterford, MI 48328 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | Basis for the claim:  Notice only  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>Absolute Fire Protection Inc.<br>235 Church Street<br>Mount Clemens, MI 48043 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | Basis for the claim:  Notice only  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>Ace Sprinkler Company<br>17720 Clarann<br>Melvindale, MI 48122 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | Basis for the claim:  Notice only  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>Advanced Caulking, LLC<br>7630 Production Drive<br>Cincinnati, OH 45237 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | Basis for the claim:  Notice only  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>Advanced Specialties Inc.<br>1020 W. 14 Mile Road<br>Clawson, MI 48017 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | Basis for the claim:  Notice only  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>AFLAC<br>Att: Remittance Processing<br>1932 Wynnton Road<br>Columbus, GA 31999 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  85.40 | Basis for the claim:  Notice only  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address<br>Aktion Associates, Inc.<br>1687 Woodlands Dr.<br>Maumee, OH 43537 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,000.00 |
| | Date(s) debt was incurred  Prior to Filing | Basis for the claim:  Hosted Accounting Data  | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

22-46555-mlo    Doc 33    Filed 09/15/22    Entered 09/15/22 17:18:32    Page 18 of 62

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,061.74 |
|---|---|---|---|

**All Med**
6321 Commerce Drive
Westland, MI 48185

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,776.26 |
|---|---|---|---|

**Ally**
P.O. Box 9001951
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Vehicle**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alpena Opco, LLC**
c/o John M. Sier
One Woodward Avenue, Suite 2400
Detroit, MI 48226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Contract**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,877.25 |
|---|---|---|---|

**Alt & Witzig Engineering Inc**
4105 West 99th Street
Carmel, IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,141.76 |
|---|---|---|---|

**American Fence & Supply Co.**
21200 Schoenherr
Warren, MI 48089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ann Arbor Fire Protection**
3735 Plaza Drive
Ann Arbor, MI 48108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice only**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.10 |
|---|---|---|---|

**ARC Document Solutions, LLC**
3666 Carnegie Avenue
Cleveland, OH 44115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

---

**3.20**

**Nonpriority creditor's name and mailing address**
Artman's Nursery, Inc.
1512 S Newburgh Road
Westland, MI 48186

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**
Assa Abloy Entrance Systems US
38291 Schoolcraft Road
Livonia, MI 48150

Date(s) debt was incurred **2019**

Last 4 digits of account
number **Contingent up DMC**

As of the petition filing date, the claim is: *Check all that apply.*      **$43,055.10**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**
Avis Managment
c/o Thorncroft Ventures Inc.
26640 Harding St.
Oak Park, MI 48237

Date(s) debt was incurred **Prior to Filing**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$8,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**
B & A Structural Steel, LLC
50775 Richard W. Blvd.
New Baltimore, MI 48051

Date(s) debt was incurred **2018**

Last 4 digits of account
number **Contingent on payment ROFUMC**

As of the petition filing date, the claim is: *Check all that apply.*      **$22,138.40**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**
BDS Environmental
24422 Ryan Road
Warren, MI 48091

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$420.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**
Big Water Technoloies Corp.
25860 Lasher Rd.
Southfield, MI 48033

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**
Bilz Plumbing
235 Second Street
Ferrysburg, MI 49409

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$1,550.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,448.95 |

**Blue Ribbon Contracting, Inc.**
11531 Monterey Drive
Belleville, MI 48111

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88,810.00 |

**Blue Star, Inc.**
21950 Hoover
Brighton, MI 48116

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Vendor**

Last 4 digits of account
number  **Contingent on various clients**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.00 |

**Bob's Sanitation Service, Inc.**
P.O. Box 530845
Livonia, MI 48153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,526.22 |

**Bodman PLC**
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,814.85 |

**Bonham Electric**
3521 Wrightway Rd
Dayton, OH 45424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Braden Shielding Systems, LLC**
9260 Broken Arrow Expressway
Tulsa, OK 74155

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice only**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bumler Mechanical**
6260 18 1/2 mile Road
Sterling Heights, MI 48314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice only**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|---|---|---|---|

**3.34**

Nonpriority creditor's name and mailing address
**Byers DC Detroit, Inc.**
**PO Box 1808**
**ME 04809**

Date(s) debt was incurred  <u>2018</u>
Last 4 digits of account
number <u>Contingent on GFS Payment</u>

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Vendor</u>

Is the claim subject to offset? ☑ No ☐ Yes

$45,000.00

---

**3.35**

Nonpriority creditor's name and mailing address
**Capital Welding Inc**
**8485E Lancaster Newark Rd.**
**Baltimore, OH 43105**

Date(s) debt was incurred  <u>2020</u>

Last 4 digits of account number <u> </u>

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Vendor</u>

Is the claim subject to offset? ☑ No ☐ Yes

$2,000.00

---

**3.36**

Nonpriority creditor's name and mailing address
**Carrigan Development Inc.**
**5412 Lapeer Road**
**Smiths Creek, MI 48074**

Date(s) debt was incurred  <u>2018</u>

Last 4 digits of account number <u> </u>

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Vendor</u>

Is the claim subject to offset? ☑ No ☐ Yes

$16,530.00

---

**3.37**

Nonpriority creditor's name and mailing address
**Center Line Electric, Inc.**
**26554 Lawrence**
**Center Line, MI 48015**

Date(s) debt was incurred <u> </u>

Last 4 digits of account number <u> </u>

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Notice only</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.38**

Nonpriority creditor's name and mailing address
**Central Ceiling West, Inc.**
**571 Gordon Industrial Court**
**Suite A**
**Byron Center, MI 49315**

Date(s) debt was incurred <u> </u>

Last 4 digits of account number <u> </u>

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Notice only</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.39**

Nonpriority creditor's name and mailing address
**Century Group Holdings, Inc.**
**29220 Lyon Oaks Drive**
**Wixom, MI 48393**

Date(s) debt was incurred <u> </u>

Last 4 digits of account number <u> </u>

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Notice only</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.40**

Nonpriority creditor's name and mailing address
**Certified Electric Inc.**
**7965 Kensignton Court Ste A1**
**Brighton, MI 48116**

Date(s) debt was incurred <u> </u>

Last 4 digits of account number <u> </u>

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Notice only</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

---

**3.41**  Nonpriority creditor's name and mailing address

Christen Detroit
12830 Mansfield St.
Detroit, MI 48227

Date(s) debt was incurred **Prior to Filing**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$41,742.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Claims regarding payment of contractor which is associated with Hartford**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42**  Nonpriority creditor's name and mailing address

City Carpet and Flooring Inc.
c/o J. Christian Hauser
1301 W. Long Lake Road, Suite 250
Troy, MI 48098

Date(s) debt was incurred **Prior to Filing**

Last 4 digits of account
number **Contigent on DMC litigation**

As of the petition filing date, the claim is: *Check all that apply.*                    **$19,500.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit regrarding contractor issues**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43**  Nonpriority creditor's name and mailing address

Collin Wells
26277 Shiawassee
Southfield, MI 48033

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44**  Nonpriority creditor's name and mailing address

Combs Interior Specialties Inc
475 W. Funderberg Road
Fairborn, OH 45324

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$58,230.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45**  Nonpriority creditor's name and mailing address

Community Healthcare Trust
c/o Mark G. Cooper
27777 Franklin Rd., Ste 2500
Southfield, MI 48034

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$179,644.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46**  Nonpriority creditor's name and mailing address

Connolly Masonary Inc.
9706 Andersonville Road
Clarkston, MI 48346

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$10,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47**  Nonpriority creditor's name and mailing address

Construction Specialties, Inc.
3 WernerWay
Lebanon, NJ 08833

Date(s) debt was incurred **2018**

Last 4 digits of account
number **Contingent on Senna**

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,850.76**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,795.00 |
|---|---|---|---|

**3.48**

Nonpriority creditor's name and mailing address
**Continental Interiors, Inc.**
1210 East Maple
Troy, MI 48083

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$1,795.00

---

**3.49**

Nonpriority creditor's name and mailing address
**Core Land Consulting**
30445 Northwestern Hwy, Ste 143
Farmington, MI 48334

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.50**

Nonpriority creditor's name and mailing address
**Core Mechanical, Inc.**
8751 Witeford Road, Suite 201
Ottawa Lake, MI 49267

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$126,463.82

---

**3.51**

Nonpriority creditor's name and mailing address
**Cowhy-Hayes Construction, Inc.**
c/o Frederick Lucas
7577 US 12, Ste A
Onsted, MI 49265

Date(s) debt was incurred  **2021**

Last 4 digits of account
number  **Contingent regarding DMC**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

$155,421.45

---

**3.52**

Nonpriority creditor's name and mailing address
**Creative Cement Co**
25694 Northline Rd.
Taylor, MI 48180

Date(s) debt was incurred  **2021**

Last 4 digits of account
number  **Contingent on various jobs**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$30,000.00

---

**3.53**

Nonpriority creditor's name and mailing address
**Creative Surfaces, Inc**
49372 Crusader
Macomb, MI 48044

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Contractor**

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

---

**3.54**

Nonpriority creditor's name and mailing address
**Crystal Window & Door Systems**
1300 W 35th Street
Chicago, IL 60609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.55** Nonpriority creditor's name and mailing address
DCG Cambridge House, L.P.
c/o Michael R. Reed
65 East State Street
Suite 1400
Columbus, OH 43215

Date(s) debt was incurred  2021

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address
De-Cal, Inc.
24659 Schoenherr Rd
Warren, MI 48089

Date(s) debt was incurred  2019

Last 4 digits of account number  Contingent on DMC Payment

As of the petition filing date, the claim is: *Check all that apply.*  **$35,168.40**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** Nonpriority creditor's name and mailing address
Delta Dental
16082 Collection Center Drive
Chicago, IL 60693

Date(s) debt was incurred  2019

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$790.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address
Designers Mirror & Glass Inc.
24391 Gibson Drive
Warren, MI 48089

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address
Detroit Power Systems, LLC
622 W. Baltimor
Detroit, MI 48202

Date(s) debt was incurred  2019

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$40,490.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address
DiHydro Services, Inc.
40833 Brentwood Drive
Sterling Heights, MI 48310

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address
Douglas Mechanical LLC
34133 Schoolcraft
Livonia, MI 48150

Date(s) debt was incurred  2018

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$234.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Downriver Lawn and Landscape**
2300 N. Belle River Rd.
East China, MI 48054

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**East Side Tile and Marble**
42700 Mound Road
Sterling Heights, MI 48314

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677,044.47 |
|---|---|---|---|

**Edgewood Electric, LLC**
3633 Micgigan Ave.
ste 100
Detroit, MI 48216

Date(s) debt was incurred __2019__
Last 4 digits of account
number __Contingent on DMC Payment__

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,390.00 |
|---|---|---|---|

**Edwards Glass Company**
32000 Plymouth Rd
Livonia, MI 48150

Date(s) debt was incurred __2019__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,257.14 |
|---|---|---|---|

**Elite Fire Safety, Inc.**
23661 Telegraph Road
Southfield, MI 48033

Date(s) debt was incurred __2019__
Last 4 digits of account
number __Contingent on DMC__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,688.00 |
|---|---|---|---|

**Environmental Maintenance**
25851 Throwbridge
Inkster, MI 48141

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erlanger Hardware Consultants**
2025 Delavare Avenue
Cincinnati, OH 45212

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

22-46555-mlo    Doc 33    Filed 09/15/22    Entered 09/15/22 17:18:32    Page 26 of 62

**3.69**

Nonpriority creditor's name and mailing address
**Exquisite Hardscapes, LLC**
56592 Scotland Blvd
Utica, MI 48316

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.70**

Nonpriority creditor's name and mailing address
**Face Construction LLC**
P.O. Box 210988
Auburn Hills, MI 48321

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.71**

Nonpriority creditor's name and mailing address
**Falcon Fire Protection LLC**
514 Watts Rd.
Jackson, MI 49203

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.72**

Nonpriority creditor's name and mailing address
**Ferndale Electric Company, Inc.**
915 E. Drayton
Ferndale, MI 48220

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.73**

Nonpriority creditor's name and mailing address
**Geiler Company**
c/o Andrew B. Cassady
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlment**

Is the claim subject to offset? ■ No ☐ Yes

$205,221.33

---

**3.74**

Nonpriority creditor's name and mailing address
**Gen-Oak Fabricators, Inc.**
2501 Brown Raod
Lake Orion, MI 48359

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.75**

Nonpriority creditor's name and mailing address
**Goyette Mechanical**
3842 Gorey Avenue
Flint, MI 48506

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$6,374.72

---

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
--- | --- | --- | ---

**Gregg Hill's Custom Fireplace**
5537 Whipple Ave NW, Suite 3
North Canton, OH 44720

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Ground Radar Experts, LLC**
5633 Woodmansee Way
Hamilton, OH 45011

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,544.55

**Guy Hurley LLC**
989 East South Blvd
Suite 200
Rochester, MI 48307

Date(s) debt was incurred __2019__

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Gypsum Supply Company**
PO Box 74008925
Chicago, IL 60674

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,742.00

**Hartford**
c/o Jeffery Passafaro
1 Hartford Plaza
Hartford, CT 06150

Date(s) debt was incurred __Prior to filing__

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Claims regarding payment of contractor which is associated with Christen Detroit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,129.00

**Heeter Plumbing LLC**
8633 N Dixie Dr.
Dayton, OH 45414

Date(s) debt was incurred __2020__

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**HI-Tech Landscaping**
11856 Newman Road
Brighton, MI 48114

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,039.31 |

**HMC Mason Contractors**
14315 Industrial Center Drive
Utica, MI 48315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,095.00 |

**Huron Valley Electric**
425 Jackson Plaza
Ann Arbor, MI 48103

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __2019__

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,000.00 |

**Iannuzzi Manetta & Company**
1175 West Long Lake Rd
Troy, MI 48098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ideal Floor Covering, Inc.**
PO Box 81006
Rochester, MI 48308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,935.89 |

**In Pro Corporation**
S80 W18766 Apollo
Muskego, WI 53150

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019__

Basis for the claim:  __Vendor__

Last 4 digits of account
number  __Contingent upon DMC and med__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Interior Enviroments**
48700 Grand River
Novi, MI 48374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Interstate Fire Protection**
28807 Reilly Road
New Hudson, MI 48165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

22-46555-mlo    Doc 33    Filed 09/15/22    Entered 09/15/22 17:18:32    Page 29 of 62

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.90** Nonpriority creditor's name and mailing address
J&J Construction Co.
7135 Dan McGuire Drive
Brighton, MI 48116

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.91** Nonpriority creditor's name and mailing address
J-Line Trenching, LLC
11385 Owosso Road
Fowlerville, MI 48836

Date(s) debt was incurred  **2018**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$25,517.20

---

**3.92** Nonpriority creditor's name and mailing address
J. Stevesns Construction, Inc.
1825 S. Wolf Lake Road
Muskegon, MI 49442

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.93** Nonpriority creditor's name and mailing address
JD Candler Roofing Co, Inc.
31111 Industrial
Livonia, MI 48150

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.94** Nonpriority creditor's name and mailing address
Jons to Go
2675 E Sternberg Rd
Muskegon, MI 49444

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.95** Nonpriority creditor's name and mailing address
Jose Manual Martinez
Calle Del Padre Barranco 36
Anderson, IN 46015

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.96** Nonpriority creditor's name and mailing address
Judd Industrial
17900 Ryan Road
Hamtramck, MI 48212

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.97** Nonpriority creditor's name and mailing address

**Keller Group Limited**
3909 Groves Road
Columbus, OH 43232

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** Nonpriority creditor's name and mailing address

**Kone, Inc.**
c/o Jeffery S. Nicolet
100 South Fifth Street
Suite 800
Minneapolis, MN 55402

Date(s) debt was incurred __2020-2021__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$21,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Contator Payment__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.99** Nonpriority creditor's name and mailing address

**Kril Enterprises, Inc.**
195 E. Hamburg Street
Suite A
Pinckney, MI 48169

Date(s) debt was incurred __2019__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$49,507.85**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address

**KVM Door System, Inc.**
24387 Sorrentino Court
Clinton Township, MI 48035

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.101** Nonpriority creditor's name and mailing address

**Labor Staffing Solutions**
33233 Woodward Avenue
Birmingham, MI 48012

Date(s) debt was incurred __Prior to Filing__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$5,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Staffing Solutions Lawsuit__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.102** Nonpriority creditor's name and mailing address

**LaForce, Inc.**
1060 West Mason Street
Green Bay, WI 54303

Date(s) debt was incurred __2019__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$15,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

**LaForce, Inc.**
1060 West Mason Street
Green Bay, WI 54303

Date(s) debt was incurred __2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$12,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,000.00 |
|---|---|---|---|

**3.104**

Nonpriority creditor's name and mailing address
**Larry Spivey d/b/a Masonry**
**6878 Catskill Drive**
**Franklin, OH 45005**

Date(s) debt was incurred   **2020**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$96,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

Nonpriority creditor's name and mailing address
**Levitate Plus Flooring**
**13050 Watkins Road**
**Marysville, OH 43040**

Date(s) debt was incurred   **2019**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$67,770.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

Nonpriority creditor's name and mailing address
**Lisa Antovski**
**11487 Fisher Avenue**
**Warren, MI 48089**

Date(s) debt was incurred   _

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**

Nonpriority creditor's name and mailing address
**Lutz Roofing Company, Inc.**
**4721 22 Mile Road**
**Utica, MI 48317**

Date(s) debt was incurred   _

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**

Nonpriority creditor's name and mailing address
**Macomb Mecanical, Inc.**
**6250 19 Mile Road**
**Sterling Heights, MI 48314**

Date(s) debt was incurred   **2022**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$3,000.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109**

Nonpriority creditor's name and mailing address
**Macomb Mechanical, Inc.**
**6250 19 Mile road**
**Sterling Heights, MI 48314**

Date(s) debt was incurred   **2018**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110**

Nonpriority creditor's name and mailing address
**Magic Wall Covering, Inc.**
**18255 Canal Road**
**Clinton Township, MI 48038**

Date(s) debt was incurred   _

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.111** Nonpriority creditor's name and mailing address
Marksman Roofing
3213 Elbob Lane
Mayville, MI 48744

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.112** Nonpriority creditor's name and mailing address
Masonry Solutions Midwest LLC
24451 North River Road
Mount Clemens, MI 48043

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.113** Nonpriority creditor's name and mailing address
Master's Plumbing Inc.
2630 25th St
Port Huron, MI 48060

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.114** Nonpriority creditor's name and mailing address
MCM Fixture Co.
21306 John R. Road
Hazel Park, MI 48030

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115** Nonpriority creditor's name and mailing address
Mechanical Heating & Colloing
6192 N Telegraph
Dearborn Heights, MI 48127

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Suppliers**

Is the claim subject to offset? ■ No  ☐ Yes

$17,618.40

---

**3.116** Nonpriority creditor's name and mailing address
Medical Technology
6651 102nd Avenue North
Pinellas Park, FL 33782

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.117** Nonpriority creditor's name and mailing address
Medilodge
c/o Kitch Drutchas Wagner Valitutti &
Sherbrook
One Woodward Ave, Ste 2400
Detroit, MI 48226

Date(s) debt was incurred  **Prior to filing**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,270.34 |

**Mesco Building Soulution**
5244 Bear Creek Court
Irving, TX 75061

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mica-Tec Inc.**
c/o Jacob A. Kahn
1175 W.Long Lake Road
Sutie 202
Troy, MI 48098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,171.30 |

**Michielutti Bros**
c/o Thomas M. Lizza
39501 Garfield Rd.
Clinton Township, MI 48038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michigan Steel Fabricators**
5225 Energy Drive
Flint, MI 48505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $937.00 |

**Mike Rose Landscape**
6775 Harvey
Spring Lake, MI 49456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mill Tech LLC**
6355 Rutherford Dr.
Canal Winchester, OH 43110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,802.04 |

**Millennium Business System**
P.O. Box 660831
Dallas, TX 75266

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.125** | **Nonpriority creditor's name and mailing address**<br>**Mobile Air**<br>**1000 Valley Belt Road**<br>**Independence, OH 44131**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice purposes only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.126** | **Nonpriority creditor's name and mailing address**<br>**Mobile Mini LLC**<br>**PO Box 650882**<br>**Dallas, TX 75265**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,500.00** |
| **3.127** | **Nonpriority creditor's name and mailing address**<br>**Modern Mirror & Glass Co.**<br>**20809 Kraft Blvd.**<br>**Roseville, MI 48066**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account<br>number **Contingent on DMC** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,713.40** |
| **3.128** | **Nonpriority creditor's name and mailing address**<br>**Moretti Foundation Co., Inc.**<br>**23933 Allen Road**<br>**Trenton, MI 48183**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.129** | **Nonpriority creditor's name and mailing address**<br>**Morris L. Hawk**<br>**1375 East Nith Street**<br>**One Cleveland Cetner 10th Floor**<br>**Cleveland, OH 44114**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Legal Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.130** | **Nonpriority creditor's name and mailing address**<br>**Nagle Paving Company**<br>**39525 West Thirteen Mile Road Suite 300**<br>**Novi, MI 48377**<br><br>Date(s) debt was incurred **2019**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$89,466.00** |
| **3.131** | **Nonpriority creditor's name and mailing address**<br>**National Door and Trim**<br>**c/o Bricker & Eckler**<br>**100 South Third Street**<br>**Columbus, OH 43215**<br><br>Date(s) debt was incurred **2020**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lawsuit regarding payment to contractors**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nelson Iron Works,Inc.**
6350 Benham
Detroit, MI 48211

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,161.93 |

**North American Environmental**
2842 Banwick Rd
Columbus, OH 43232

Date(s) debt was incurred __2020__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Northside Heating, Cooling**
2145 Jenna Lane
Muskegon, MI 49445

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Novotny Contracting**
99 Wolfe Lane, Sec C
Ortonville, MI 48462

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,601.60 |

**O'Donnell Electric LLC**
8505 Main Street
Whitmore Lake, MI 48189

Date(s) debt was incurred __2018__
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,118.76 |

**Oakland Plumbing Co.**
15900 32 Mile Rd.
Ray Twp, MI 48096

Date(s) debt was incurred __2019__
Last 4 digits of account number __DMC__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |

**Office Enterprises, LLC**
100 West Long Lake Road, Suite 250
Bloomfield Hills, MI 48304

Date(s) debt was incurred __2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Parrott Shielding, LLC**
101 North 32nd Street
Louisville, KY 40212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Pioneer Self Storage**
25 N. Pioneer Blvd.
Springboro, OH 45066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,675,000.00 |

**PNC commercial Loan Statement**
PO Box 1030
Kalamazoo, MI 49009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Line of Credit__

Last 4 digits of account number __7254__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Primo Granite & Marble**
1727 Traditional Drive
Walled Lake, MI 48390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Priority 1 Consturction Service**
5718 Crookshank Road
Cincinnati, OH 45238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,720.93 |

**Professional Laminate**
1033 Tech Drive
Milford, OH 45150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Progressive Mechanical, Inc.**
10800 Galaxie Ave
Ferndale, MI 48220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Progressive Plumbing Supply**
31239 Mound Rd.
Warren, MI 48092

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Protective Coating Epoxy**
971 Arlene Court
Fowlerville, MI 48836

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Putman & Son's Plumbing, Inc.**
2791 Leach Rd.
Rochester, MI 48309

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rayhaven Group, Inc.**
35901 Schoolcraft Rd
Livonia, MI 48150

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Reliable Rence Compny**
35375 Groesbeck Hey.
Clinton Township, MI 48035

Date(s) debt was incurred **2018**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rene Vanassche & Sons, Co.**
21530 Groesbeck Highway
Warren, MI 48089

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Republic Services, Inc.**
P.O. Box 901099
Louisville, KY 40290

Date(s) debt was incurred **2018**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

RF Technolgies, Inc.
3125 N 126th St
Brookfield, WI 53005

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Richmond Millwork Inc.
29600 32 Mile Rd.
New Haven, MI 48050

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,157.14 |
|---|---|---|---|

Road Commision for Oakland
2420 Pontiac Lake Rd
Waterford, MI 48328

Date(s) debt was incurred  2018
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Rocket Enterprise, Inc.
30660 Ryan
Warren, MI 48092

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,453.19 |
|---|---|---|---|

Roetzel
222 S. Main Street
Akron, OH 44308

Date(s) debt was incurred  2021
Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,720.15 |
|---|---|---|---|

Romanoff Electric Residential
1288 Research Road
Columbus, OH 43230

Date(s) debt was incurred  2022
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Ron Meyer & Associates
1357 76th Avenue
Zeeland, MI 49464

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.160** | Nonpriority creditor's name and mailing address | **$19,431.00** |

**Roof Options LLC**
5712 Weatherstone Way
McHenry, IL 60051

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.161** | Nonpriority creditor's name and mailing address | **$0.00** |

**Roseville Glass Co., Co., LLC**
20913 Schoenherr
Warren, MI 48089

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.162** | Nonpriority creditor's name and mailing address | **$0.00** |

**Russell Plastering Co.**
503 Livernois
Ferndale, MI 48220

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.163** | Nonpriority creditor's name and mailing address | **$0.00** |

**S&S Midwest Fire Protection**
617 Carle Ave
Lewis Center, OH 43035

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.164** | Nonpriority creditor's name and mailing address | **$10,000.00** |

**Saylor's, Inc.**
8751 Whiteford Road
Ottawa Lake, MI 49267

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Supplier__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.165** | Nonpriority creditor's name and mailing address | **Unknown** |

**Schena Roofing & Sheet Metal Co., Inc.**
28299 Kehrig Drive
New Baltimore, MI 48047

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Supplier__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.166** | Nonpriority creditor's name and mailing address | **$20,343.41** |

**Schenk & Bruetsch PLC**
PO Box 70433
Detroit, MI 48226

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Schreiber Corporation**
**29945 Beck Road**
**Wixom, MI 48393**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**SCI Floor Coverning, Inc.**
**30610 Ecorse Road**
**Romulus, MI 48174**

Date(s) debt was incurred __2019__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Service Iron Works, Inc.**
**245 S. Mill Street**
**South Lyon, MI 48178**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shambaugh & Son, LP**
**21661 Melrose Ave**
**Southfield, MI 48075**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Shaw Contract Flooring Service**
**5 Kovach Drive**
**Cincinnati, OH 45215**

Date(s) debt was incurred __2019__
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Shock Brothers Floorcovering**
**20320 Cornillie Drive**
**Roseville, MI 48066**

Date(s) debt was incurred __2022__
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Spivey Masonry**
**370 W Factory Rd**
**Springboro, OH 45066**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Stafford Buiding Products Inc.**
1235 Waterville-Moncolova Road
Waterville, OH 43566

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,314.70 |

**Strata Design**
1645 Park Drive
Traverse City, MI 49686

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**Strut Tech Systems LLC**
8405 Andersonville Rd Ste G
Clarkston, MI 48346

Date(s) debt was incurred __2018__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sunbelt Rentals, INc.**
P.O. Box 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $743,275.00 |

**TCF National Bank**
SBA PPP-6582
2508 South Louise Ave
Sioux Falls, SD 57106

Date(s) debt was incurred __2021__
Last 4 digits of account number __6954__

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __PPP funds__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Technical Specialties**
101 1/2 N. Saginaw
Pontiac, MI 48342

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice onlyl__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ted and Patty Keller**
4320 Charing Way
Bloomfield Hills, MI 48304

Date(s) debt was incurred __Prior to filing__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tempco Mechanical Contractors**
24383 Indoplex Circle
Farmington, MI 48335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice only

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Testing Engineers Y Consultants, Inc.**
1343 Rochester Road
Troy, MI 48083

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  2018

Basis for the claim:  Vendor

Last 4 digits of account
number  Contingent on owner payment

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tri-Star Roofing & Sheet Metal**
2273 Wadams Road
Smiths Creek, MI 48074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice only

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Troy Millwork**
1841 Northfield Drive
Rochester, MI 48309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice only

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Umpqua Bank Vendor Fiance**
3455 S. 344th Way
#300
Auburn, WA 98001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice only

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Paitning & Decoration**
22669 Morelli Drive
Clinton Township, MI 48036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice only

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vanston-O'Brien, Inc**
8150 Jackson Road, Suite A
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

22-46555-mlo    Doc 33    Filed 09/15/22    Entered 09/15/22 17:18:32    Page 43 of 62

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Vertex Steel, Inc.
2175 Fyke Drive
Milford, MI 48381

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,900.51 |
|---|---|---|---|

Vibo Construction, Inc.
4140 Tuller Road, Suite 112
Dublin, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Last 4 digits of account number __

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,340.00 |
|---|---|---|---|

W.F. Bolin Company
4100 Fisher Road
Columbus, OH 43228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Walker Works, LLC.
22800 Hall Road - Ste 440
Clinton Township, MI 48036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

Waste Management
c/o John F. Muller Jr.
33233 Woodward Avenue
Birmingham, MI 48012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Prior to filing__

Last 4 digits of account number __

Basis for the claim: __Waste Disposal Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.21 |
|---|---|---|---|

Wells Fargo Vendor fin serv
PO Box 70241
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Whirlpool Corporation
412 N. Peters Road
Knoxville, TN 37922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Williams Scotsman, Inc.
P.O. Box 91975
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | c/o J. Christian Hauser<br>1301 W. Long Lake Road, Suite 250<br>Troy, MI 48098 | Line  **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | c/o Vance & Hassan, PLC<br>206 E. Commerce<br>Milford, MI 48381 | Line  **3.136**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Detroit Power Systems<br>c/o Ronald B. Rich<br>30665 Northwestern Hwy., Ste 280<br>Farmington, MI 48334 | Line  **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | National Door & Trim<br>c/o Nick A. Nylculak<br>6480 Rockside Woods Blvd.<br>South-South 350<br>Clevland, OH 44131-2547 | Line  **3.131**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Romanoff Electric Residential<br>Michael V. Passella<br>1288 Research Road<br>Columbus, OH 43230 | Line  **3.158**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Ryan Marsh<br>100 West Long Lake<br>Suite 200<br>Bloomfield Hills, MI 48304 | Line  **3.176**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Shaw Contract Flooring<br>c/o Ronald B. Rich<br>30665 Northwestern Hwy., Ste 280<br>Farmington, MI 48334 | Line  **3.171**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Shaw Contract Flooring<br>c/o Ronald B. Rich<br>30665 Northwestern Hwy., Ste 280<br>Farmington, MI 48334 | Line  **3.172**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | TCF National Bank<br>Attn: Loan Service Center<br>P.O. Box 1527<br>Midland, MI 48641 | Line  **3.178**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | T.H. Marsh Construction Company | Case number (if known) | 22-46555 |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.10 | U.S. Attorney<br>attn: Civil Division (IRS)<br>211 West Fort St., Ste 2001<br>Detroit, MI 48226 | Line 2.1<br>☐ Not listed. Explain ____ | ___ |
| 4.11 | U.S. Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530 | Line 2.1<br>☐ Not listed. Explain ____ | ___ |
| 4.12 | Waste Magagment of MI, Inc.<br>PO Box 42090<br>Phoenix, AZ 85080 | Line 3.192<br>☐ Not listed. Explain ____ | ___ |
| 4.13 | Waste Managment of Ohio<br>P.O. Box 4648<br>Carol Stream, IL 60197 | Line 3.192<br>☐ Not listed. Explain ____ | ___ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. $ | 396,879.74 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,237,447.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,634,327.45 |

Debtor name     **T.H. Marsh Construction Company**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF MICHIGAN

Case number (if known)     **22-46555**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2020 GMC Sierra 150 with a payment of $676.18 per month |
| | State the term remaining | 5 months |
| | List the contract number of any government contract | |

ACAR Leasing LTD
d/b/a GM Financial Leasing
POB 183853
Arlington, TX 76096

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 2015 GMC Sierra with a payment of $571 per month. |
| | State the term remaining | 1 year |
| | List the contract number of any government contract | |

Ally Financial Inc.
P.O. Box 8118
Cockeysville, MD 21030

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease for the property located at 1668 Thorncroft, Troy, MI 48084; $3,800.00 per month. |
| | State the term remaining | 3 Years |
| | List the contract number of any government contract | |

Avis Mqanagment
c/o Thorncroft Ventures Inc.
26640 Harding St.
Oak Park, MI 48237

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2022 Jeep Grand  Cherokee for $565.80. |
| | State the term remaining | 32 months |
| | List the contract number of any government contract | |

Chrysler Capital
attn: Bankruptcy Dept
PO Box 961278
Fort Worth, TX 76161-1278

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for the property located at 42690 Woodward Ave, Ste 325, Bloomifled Hills, MI 48304 in the amount of $3,091.00 per month.** | |
|---|---|---|---|
| | State the term remaining | **7 years** | |
| | List the contract number of any government contract | | **SHAQ Property Managment LLC**<br>**42690 Woodward Ave**<br>**Bloomfield Hills, MI 48304** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                              *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Ryan Marsh | 5010 Forrest Valley Drive<br>Clarkston, MI 48348<br>Personal Guarntiee is limited to<br>$500,000.00 | PNC commercial<br>Loan Statement | ☐ D _____<br>■ E/F __3.141__<br>☐ G _____ |
| 2.2 | Ryan Marsh | 5010 Forrest Valley Drive<br>Clarkston, MI 48348 | Hartford | ☐ D _____<br>■ E/F __3.80__<br>☐ G _____ |
| 2.3 | Ryan Marsh | 5010 Forrest Valley Drive<br>Clarkston, MI 48348 | Alpena Opco, LLC | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.4 | Ryan Marsh | 5010 Forrest Valley Drive<br>Clarkston, MI 48348 | Mica-Tec Inc. | ☐ D _____<br>■ E/F __3.119__<br>☐ G _____ |
| 2.5 | Ryan Marsh | 5010 Forrest Valley Drive<br>Clarkston, MI 48348 | Strut Tech Systems<br>LLC | ☐ D _____<br>■ E/F __3.176__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1: Codebtor*                                          *Column 2:* **Creditor**

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$3,000,000.00** |
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other _____ | **$4,300,000.00** |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ☑ Operating a business<br>☐ Other _____ | **$7,500,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. LaForce, Inc.<br>1060 West Mason Street<br>Green Bay, WI 54303 | May 27, 2022 | $23,730.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Macomb Mechanical, Inc.<br>6250 19 Mile road<br>Sterling Heights, MI 48314 | June 2, 2022 | $9,601.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. Creative Surfaces, Inc<br>49372 Crusader<br>Macomb, MI 48044 | June 2, 2022<br>and July 1,<br>2022 | $70,346.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Connolly Masonary Inc.<br>9706 Andersonville Road<br>Clarkston, MI 48346 | June 2, 2022 | $10,598.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. Saylor's, Inc.<br>8751 Whiteford Road<br>Ottawa Lake, MI 49267 | June 22,<br>2022 | $34,591.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. Mechanical Heating & Colloing<br>6192 N Telegraph<br>Dearborn Heights, MI 48127 | June 23,<br>2022 | $17,618.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. Face Construction LLC<br>P.O. Box 210988<br>Auburn Hills, MI 48321 | June 27,<br>2022 | $59,705.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. Columbus Awing Company<br>297 Old County Line Rd<br>Westerville, OH 43081 | June 22,<br>2022 | $21,187.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. Schena Roofing & Sheet<br>Metal Co., Inc.<br>28299 Kehrig Drive<br>New Baltimore, MI 48047 | July 1, 2022 | $32,953.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10 Schenk & Bruetsch PLC<br>211 W. Fort St.<br>Suite 1410<br>Detroit, MI 48226 | July 1, 2022 | $11,022.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 Guy Hurley LLC<br>989 East South Blvd<br>Suite 200<br>Rochester, MI 48307 | July 13, 2022 | $25,639.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 Redhawk Electric Inc<br>2980 18 Mile Rd NE<br>Cedar Springs, MI 49319 | June 28,<br>2022 and<br>July 14, 2022 | $74,578.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 Dexko, LLC<br>2641 15 Mile Rd<br>Cedar Springs, MI 49319 | June 28,<br>2022 | $10,044.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 Tom Furnari Painting, LLC<br>2231 Star Ct<br>Rochester, MI 48309 | July 1, 2022 | $38,805.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15 Ainsworth dba Mechanical<br>Design & Installation<br>47924 West Road<br>Wixom, MI 48393 | July 14, 2022 | $100,815.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 Harbor Computer Services of MI<br>29488 Woodward Ave<br>Suite 450<br>Royal Oak, MI 48073 | July 18, 2022 | $7,602.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17 Creative Cement Co<br>25694 Northline Rd.<br>Taylor, MI 48180 | August 1,<br>2022 | $10,786.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18 Amerivet Services, LLC<br>12795 Silver Lake Rd<br>Brighton, MI 48116 | May 25, 2022 | $36,810.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.19   Strut Tech Systems LLC<br>8405 Andersonville Rd Ste G<br>Clarkston, MI 48346 | July 8, 2022 | $9,221.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Ryan Marsh<br>5010 Forest Valley Drive<br>Clarkston, MI 48348<br>President | Payment one year prior to filing | $187,864.32 | Wages |
| 4.2.   Eric Prater<br>1706 Wyngate<br>Troy, MI 48098<br>Shareholder | Payments one year before filing. | $125,150.59 | Wages |
| 4.3.   Carmelina Prater<br>1706 Wyngate<br>Troy, MI 48098<br>Wife of Shareholder | Payment one year before filing bankruptcy | $65,898.14 | Wages |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| PNC Bank, National Association<br>500 First Avenue<br>Pittsburgh, PA 15219 | Setoffs funds<br>Last 4 digits of account number: __4316__ | June 27, 2022;<br>($46,174.64);J<br>une 27, 2022;<br>($24,171.30)<br>July 19, 2022;<br>($91,936.00);J<br>uly 19, 2022;<br>($8,982.14) | $171,264.08 |

---

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Labor Staffing Solutions, LLC v. T.H Marsh Construction Company<br>22-30321-GC | Civil Litigation | 48th District Court<br>4280 Telegraph Road<br>Bloomfield Hills, MI 48302 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Michielutti Bros., Inc v. T.H. Marsh Construction Company<br>21-002297-CB | Civil Litigation | 3rd Judicial Circuit Court<br>CAYMA<br>2 Woodward Avenue<br>Detroit, MI 48226 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | City Carpet & Floor, Inc. v. T.H. Marsh Construction Company<br>2021-00757-GC | Civil | 44th Judicial Circuit Court<br>204 S. Highlander Way, Ste. 5<br>Howell, MI 48843 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | National Door and Trim, Inc. v. DCG Cambridge House, L.P., et al<br>2022 CV 00903 | Contract | Court of Common Please<br>Montgomery County<br>Ohio<br>41 N Perry St.<br>Dayton, OH 45422 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Romanoff Electric Residential, LLC v. T.H. Marsh Construction Company | Contract | Court of Common Pleas<br>Franklin County,<br>Ohio<br>3455 High St<br>Columbus, OH 43215 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | DCG Cambridge House LP, et al v. TH marsh Construction Company<br>21CV-03-1914 | Contract | Court of Common Pleas<br>Franklin County,<br>Ohio<br>3455 High St<br>Columbus, OH 43215 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Detroit Power Systems LLC v. T.H. Marsh Construction Company<br>2022-192540-CB | Contract | 6th Circuit Court<br>1200 N. Telegraph Rd.,<br>Dept. 404<br>Pontiac, MI 48341 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Edgewood Electric, LLC v. T.H. Marsh Construction Company<br>21-000488-CB | Contract | Third Judicial Circuit Court<br>2 Woodward Ave.<br>Detroit, MI 48226 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Alpena Opco, LLC v. TH Marsh Construction Company et al | Contract | Circuit Court for the County of Oakland | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Community Healthcare Trust, Inc. v. T.H. Marsh Construction Company<br>2022-193818 CK | Contract | 6th Circuit Court<br>1200 N. Telegraph Rd.,<br>Dept. 404<br>Pontiac, MI 48341 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11. | Office Enterprises, LLC v. T.H. Marsh Construction Company<br>2022-193628-CB | Landlord Tenant | 6th Circuit Court<br>1200 N. Telegraph Rd<br>Pontiac, MI 48341 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.12. | Mesco Building Solutions, A Division of NCI Group, Inc. v. T.H. Marsh Construction Company<br>4:21-cv-03579 | Breach of Contract | District Court for the Southern District of Texas- Houston Division | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Stevenson & Bullock P.L.C. 26100 American Drive, Ste. 500 Southfield, MI 48034 | Stevenson & Bullock, P.L.C. received the following payments regarding bankruptcy issues : 4/14/22 - $16,738.00; 5/18/22 - $10,000.00; 7/19/22 - $3,014.21; 8/12/22 - $1,541.00; 8/22/22-$6,815.50 and Chapter 7 attorney fee including filing fee of $1,642.50 | | $39,751.21 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ☑ Yes. Fill in below:
      Name of plan
      **Fidelity; Plan No. 31227**

      Employer identification number of the plan
      EIN: **38-1577176**

      Has the plan been terminated?
      ☑ No
      ☐ Yes

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Off-Premises Storage 1668 Thorncroft Troy, MI 48084** | **Ryan Marsh** | **All contents listed on Schedule B** | ☐ No ☑ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| | | | **Dates business existed** |
| 25.1. | MarshUSQAHLLC<br>5010 Forrest Valley Drive<br>MI 48384-8000 | Investment Real Estate; Debtor owns 41% of MarshUSQAHLLC ("Marsh") Marsh owns 66.7% of University Drive Office Building, LLC | EIN:  20-5783673<br>From-To  2005 through present. |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Iannuzzi, Manetta & Company, PC<br>1175 W Long Lake Rd., Suite 201<br>Troy, MI 48098 | 2 years prior to filing |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Aktion Associates, Inc.<br>1687 Woodlands Dr.<br>Maumee, OH 43537 | Aktion Associates has all records regarding outstanding accounts receivable and will not provide to Debtor because of outstanding amounts owed. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Marsh | 100 West Long Lake Suite 200 Bloomfield Hills, MI 48304 | President | 90% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric S. Prater | 1706 Wyngale Drive Troy, MI 48098 | Genreal Counsel | 10% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Eric S. Prater | 1706 Wyngale Drive Troy, MI 48098 | 10% | General Counsel from 2016 to 2022 |

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- [✓] No
- [ ] Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- [✓] No
- [ ] Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- [✓] No
- [ ] Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 15, 2022_____

__/s/ Ryan Marsh_____          __Ryan Marsh_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor __President_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
- [✓] No
- [ ] Yes

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **T.H. Marsh Construction Company**

Debtor(s)

Case No. _____

Chapter   **11**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.   The undersigned is the attorney for the Debtor(s) in this case.

2.   The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   **[ X ]   FLAT FEE**

   A.   For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **$1,304.50**

   B.   Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **0.00**

   C.   The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **0.00**

   **[ ]   RETAINER**

   A.   Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **$1,642.50**

   B.   Prior to the case being filed Stevenson & Bullock, P.L.C. received payments as follows:  4/14/22 - $16,738.00;  5/18/22 - $10,000.00; 7/19/22 - $3,014.21; 8/12/22 - $1,541.00; and 8/22/22 - $6,815.50.

3.   $  **338.00**  of the filing fee has been paid.

4.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:  [Cross out any that do not apply.]

   A.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   B.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   C.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   ~~D.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

   ~~E.   Reaffirmations;~~

   ~~F.   Redemptions;~~

   ~~G.   Other:~~

5.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6.   The source of payments to the undersigned was from:

   A.   **XX**   Debtor(s)' earnings, wages, compensation for services performed

   B.   _____   Other (describe, including the identity of payor)   _____

7.   The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:   **September 15, 2022**

/s/ Ernest M. Hassan
Attorney for the Debtor(s)
**Ernest M. Hassan**
**Stevenson & Bullock, P.L.C.**
**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**
**(248)354-7906**
**ehassan@sbplclaw.com**
**P67815 MI**

Agreed:   /s/ Ryan Marsh
**Ryan Marsh**
Debtor

Debtor