UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

T.H. Marsh Construction Company,   Case No. 22-46555-MLO
                                    Chapter 7
            Debtor.                 Hon. Maria L. Oxholm
_____/

# ORDER CONCERNING CLAIM 2
# FILED BY VIKEN SHAHE BASSMAGIAN

This matter has come before the Court on the Trustee's Objection to Claim 2 Filed by Viken Shahe Bassmagian. The objection and notice of the objection were served on claimant, and no responses were timely filed. The Court, after reviewing the objection and Claim 2 finds good cause to enter this Order.

IT IS ORDERED that Claim 2 filed by Viken Shahe Bassmagian is allowed as follows:

| Description | Amount | Classification |
|---|---|---|
| Gross pay earned but unpaid for the period 8/9/2022–8/22/2022 | $7,629.37 | 11 U.S.C. § 507(a)(4) |
| Insurance premiums deducted from paychecks but not paid to insurer for three pay periods in July and August 2022 | $321.67 x 3 = $965.01 | 11 U.S.C. § 507(a)(4) |
| Medical bills incurred as a result of the nonpayment of insurance premiums | $6,942.47 | General unsecured |

| 2019 unpaid bonus | $20,430.15 | General unsecured |

IT IS FURTHER ORDERED that Claim 2 is otherwise disallowed.

**Signed on November 13, 2023**



/s/ Maria L. Oxholm

**Maria L. Oxholm**
**United States Bankruptcy Judge**