| Case No.: | 22-46555 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | T.H. MARSH CONSTRUCTION COMPANY | | Date Filed (f) or Converted (c): | 08/22/2022 (f) |
| For the Period Ending: | 03/31/2024 | | §341(a) Meeting Date: | 10/03/2022 |
| | | | Claims Bar Date: | 12/22/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | PNC Bank - Business checking - x4316 | $1,852.00 | $0.00 | | $0.00 | FA |
| 2 | Security Deposit with SHAQ Property Management LLC | $3,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Offset | | | | | |
| 3 | Misc. Account Receivable | $2,100,000.00 | $1.00 | | $10,197.77 | FA |
| Asset Notes: | Order Approving Compromise entered 8/14/2023 [docket no. 204]<br>Motion for Order Approving Compromise filed 7/18/2023 [docket no. 202]<br>Investigation still ongoing and subcontractor monies owed may be trust fund monies and not property of the estate | | | | | |
| 4 | MarshUSQAHLLC; Investment Real Estate; Debtor owns 41% of MarshUSQHKKC ("Marsh"). Marsh owns 66.7% of University Drive Office Building, LLC | Unknown | $770,455.16 | | $193,173.18 | FA |
| 5 | Office furniture - 12 Folding Tables ($600.00); 48 Folding Chairs ($480.00); 5 Desk ($500.00); Office Furniture ($500); Storage Shelving ($300); 2 Office Couchs ($200.00); and 12 Magnetic Glass Marker Boards ($180.00) | $2,760.00 | $0.00 | | $2,000.00 | FA |
| Asset Notes: | Order Authorizing Sale of Real Property entered 11/16/22 [docket no. 114]<br>Trustee's Motion for Order Authorizing Sale of Personal Property filed 10/26/22 [docket no. 74]<br>Woodward location | | | | | |
| 6 | Office Equipment - Ad Hold Voice System; PRI Phone Card; NEC Phone System Lease; and Telecom Equipment | $500.00 | $0.00 | | $0.00 | FA |
| 7 | 20 Microsoft Surfaces ($2,000.00); 20 Monitors ($1,000.00); 3 Printers ($150.00); large format printer ($200.00) and 5 TVs ($500.00) | $3,850.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Leased | | | | | |
| 8 | 2011 Sierra 1500 | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Vehicle is not in the debtor's name | | | | | |
| 9 | 2014 GMC Sierra 1500 | $5,000.00 | $17,000.00 | | $17,000.00 | FA |
| Asset Notes: | Order Approving Sale of 2014 GMC Sierra 1500 entered 11/1/22 [docket no. 93]<br>Motion for Order Approving Sale of Vehicle filed 10/13/22 [docket no. 55] | | | | | |
| 10 | 2015 GMC Sierra | $2,500.00 | $13,875.00 | | $13,875.00 | FA |
| Asset Notes: | Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interested Attaching to the Proceeds of the Sale entered 11/17/22 [docket no. 115]<br>Order Approving Trustee's Employment of Auctioneer, Miedema Auctioneering, Inc. entered [docket no. 103]<br>Motion for Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interests with All Liens, Claims and Interests Attaching to the Proceeds of Sale filed 10/26/2022 [docket no. 75] | | | | | |
| 11 | 2016 GMC Sierra | $2,500.00 | $1,000.00 | | $0.00 | FA |
| Asset Notes: | VIN 1GTV2MEC4GZ376149<br>Lien of The Huntington National Bank<br>Stipulated to Relief from Stay | | | | | |
| 12 | 2018 GMC Sierra | $20,000.00 | $23,125.00 | | $23,125.00 | FA |
| | | SUBTOTALS | | | $0.00 | $0.00 |

| Case No.: | 22-46555 | | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|---|
| Case Name: | T.H. MARSH CONSTRUCTION COMPANY | | | Date Filed (f) or Converted (c): | 08/22/2022 (f) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | 10/03/2022 |
| | | | | Claims Bar Date: | 12/22/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Asset Notes: | Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interested Attaching to the Proceeds of the Sale entered 11/17/22 [docket no. 115] Order Approving Trustee's Employment of Auctioneer, Miedema Auctioneering, Inc. entered [docket no. 103] Motion for Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interests with All Liens, Claims and Interests Attaching to the Proceeds of Sale filed 10/26/2022 [docket no. 75] | | | | | |
| 13 | 2006 GMC Box Truck | $5,000.00 | $5,030.00 | | $5,030.00 | FA |
| Asset Notes: | Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interested Attaching to the Proceeds of the Sale entered 11/17/22 [docket no. 115] Order Approving Trustee's Employment of Auctioneer, Miedema Auctioneering, Inc. entered [docket no. 103] Motion for Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interests with All Liens, Claims and Interests Attaching to the Proceeds of Sale filed 10/26/2022 [docket no. 75] | | | | | |
| 14 | 2020 GMC Sierra Lease | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Returned to GMC - Lease | | | | | |
| 15 | 2022 Jeep Grand Cherokee Lease | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Lease | | | | | |
| 16 | 2020 Buick Enclave | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Lease | | | | | |
| 17 | 580M Back Hoe ($20,000.00); Generator ($50.00); Jackhammer ($20.00); Gas Alert Monitor ($10.00); Manus Generator ($50.00); Snapper M1227 Snow Blower ($25); Ridgid 3000 Power Washer ($50.00); and Honda Generator ($50.00) | $20,555.00 | $88,818.68 | | $97,229.97 | FA |
| Asset Notes: | Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interested Attaching to the Proceeds of the Sale entered 11/17/22 [docket no. 115] Order Approving Trustee's Employment of Auctioneer, Miedema Auctioneering, Inc. entered [docket no. 103] Motion for Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interests with All Liens, Claims and Interests Attaching to the Proceeds of Sale filed 10/26/2022 [docket no. 75] | | | | | |
| 18 | Lease of 42690 Woodward Ave., Ste 325, Bloomfield Hills, MI 48304 | $0.00 | $0.00 | | $0.00 | FA |
| 19 | Lease of 1668 Thronroft, Troy, MI | $0.00 | $0.00 | | $0.00 | FA |
| 20 | Senior Living Fairfield, LLC and Butler County Port Authority | Unknown | $1.00 | | $0.00 | FA |
| 21 | Claims against VHS Sinai Grace Hospital, Inc., VHS Detroit Receiving Hospital of Michigan, Inc., Harvis Lock and Door, Inc., Macomb mechanical, Incorporated, Michielutti Bros., Inc., Edgewood Electric, LLC, and Rene Vanassche & Sons, Co.; These claims are currently pending in 3rd Circuit Court; Case No. 21-000488-CB nd 21-002297-CB | Unknown | $1.00 | | $0.00 | FA |
| 22 | Refund from isolved Benefit Services (u) | $1,058.54 | $1,058.54 | | $1,058.54 | FA |
| 23 | Refund of Business Tax of Ohio (u) | $2,948.33 | $2,948.33 | | $2,948.33 | FA |

SUBTOTALS $0.00 $0.00

| Case No.: | 22-46555 | | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|---|
| Case Name: | T.H. MARSH CONSTRUCTION COMPANY | | | Date Filed (f) or Converted (c): | 08/22/2022 (f) |
| For the Period Ending: | 03/31/2024 | | | §341(a) Meeting Date: | 10/03/2022 |
| | | | | Claims Bar Date: | 12/22/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24 Huntington Bank - acct x0316 (u) | $1,334.00 | $1,334.00 | | $1,334.00 | FA |
| 25 2016 GMC Sierra (u) | $18,025.00 | $18,025.00 | | $18,025.00 | FA |
| Asset Notes: VIN 1GTV2MEC5GZ398449 | | | | | |
| 26 Adversary proceeding case no. 23-04007 against Jefferson Van Dyke 2, LLC and Invest Detroit Foundation (u) | $62,500.00 | $62,500.00 | | $62,500.00 | FA |
| Asset Notes: Order Approving Compromise entered 2/28/23 [docket no. 192]<br>Motion for Order Approving Compromise filed 2/16/2023 [docket no. 184]<br>Order Consolidating Adversary Case Nos. 22-04277 and 23-04007 entered 2/3/2023 [docket no. 5<br>Stipulation By and Between Plaintiffs and Defendants Regarding Entry of Order Consolidating Adversary Case Nos. 22-04277 and 23-04007 filed 2/3/2023 [docket no. 4] | | | | | |
| 27 Compromise with American Express National Bank (u) | $11,000.00 | $11,000.00 | | $11,000.00 | FA |
| Asset Notes: Order Approving Compromise entered 5/26/2023 [docket no. 200]<br>Motion for Order Approving Compromise filed 5/1/2023 [docket no. 197] | | | | | |
| 28 Refund from Verizon (u) | $684.68 | $684.68 | | $684.68 | FA |
| 29 Refund from Wells Fargo Account x3330 (u) | $310.34 | $310.34 | | $310.34 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $2,266,877.89 | $1,017,167.73 | | $459,491.81 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 05/31/2023 | Order Approving Compromise entered 5/26/2023 [docket no. 200] |
| 05/01/2023 | Motion for Order Approving Compromise with American Express National Bank filed [docket no. 197] |
| 02/28/2023 | Order Approving Compromise entered with Jefferson Van Dyke 2, LLC [docket no. 192] |
| 11/17/2022 | Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interested Attaching to the Proceeds of the Sale entered 11/17/22 [docket no. 115] |
| 11/04/2022 | Order Approving Trustee's Employment of Auctioneer, Miedema Auctioneering, Inc. entered [docket no. 103] |
| 11/01/2022 | Order Approving Sale of 2014 GMC Sierra 1500 entered [docket no. 93] |
| 10/26/2022 | Motion for Order Authorizing Trustee to Auction Assets Free and Clear of Liens, Claims, and Interests with All Liens, Claims and Interests Attaching to the Proceeds of Sale filed [docket no. 75] |
| | Trustee's Motion for Order Authorizing Sale of Personal Property filed [docket no. 74] |
| 10/24/2022 | Application to Employ Miedema Auctioneering, d/b/a Repocast as Auctioneer filed [docket no. 73] |
| 10/20/2022 | Stipulated Order Authorizing Surcharge of Proceeds entered [docket no. 70] |
| 10/05/2022 | Liquidation of assets |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 01/31/2025 | /s/ MARK H. SHAPIRO | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2024 | MARK H. SHAPIRO | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 22-46555 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | T.H. MARSH CONSTRUCTION COMPANY | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7176 | | Checking Acct #: | ******0073 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2023 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/05/2022 | (22) | isolved Benefit Services | Refund from isolved Benefit Services for bill credit in July 2022 | 1229-000 | $1,058.54 | | $1,058.54 |
| 10/14/2022 | (23) | Taxation-Business Tax | Refund of business tax for tax year 2021 | 1224-000 | $2,948.33 | | $4,006.87 |
| 10/27/2022 | (24) | The Huntington National Bank | Turnover of undisclosed bank account | 1229-000 | $1,334.00 | | $5,340.87 |
| 11/04/2022 | (9) | BARRY B. MARSH DEBORAH A. MARSH | Payment per Order Approving Sale of 2014 GMC Sierra 1500 enterd 11/1/2022 [docket no. 93] | 1129-000 | $15,000.00 | | $20,340.87 |
| 11/04/2022 | (9) | BARRY B. MARSH DEBORAH A. MARSH | Payment per Order Approving Sale of 2014 GMC Sierra 1500 enterd 11/1/2022 [docket no. 93] | 1129-000 | $2,000.00 | | $22,340.87 |
| 11/23/2022 | (5) | SHAQ PROPERTY MANAGEMENT | Sale proceeds per court order entered 11/16/22 [docket no. 114] | 1129-000 | $1,000.00 | | $23,340.87 |
| 11/28/2022 | (5) | SHAQ PROPERTY MANAGEMENT | Sale proceeds per court order entered 11/16/22 [docket no. 114] | 1129-000 | $1,000.00 | | $24,340.87 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $30.16 | $24,310.71 |
| 12/27/2022 | (12) | REPOCAST.COM INC | Sale proceeds from 2018 GMC Sierra Truck per court order entered 11/17/22 [docket no. 115] | 1129-000 | $23,125.00 | | $47,435.71 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $41.67 | $47,394.04 |
| 01/02/2023 | 6001 | Americredit Financial Services dba GM | Payoff of lien per court order entered 11/17/22 [docket no. 115] | 4210-000 | | $9,312.63 | $38,081.41 |
| 01/03/2023 | | REPOCAST.COM INC | Auction proceeds per court order entered 11/17/22 [docket no. 115] | * | $111,176.00 | | $149,257.41 |
| | {17} | | Proceeds of auction items $74,246.00 | 1129-000 | | | $149,257.41 |
| | {25} | | Additional vehicle not listed on schedules $18,025.00 | 1229-000 | | | $149,257.41 |
| | {13} | | Proceeds of auction of 2006 GMC Box Truck $5,030.00 | 1129-000 | | | $149,257.41 |
| | {10} | | Proceeds of auction of 2015 GMC Sierra $13,875.00 | 1129-000 | | | $149,257.41 |
| 01/03/2023 | (17) | REPOCAST.COM INC | Buyer's premium from auction Note: Check recorded for $14,172.68 rather than $14,572.68 | 1129-000 | $14,172.68 | | $163,430.09 |
| 01/11/2023 | (17) | Repocast.com | Check recorded for $14,172.68 rather than $14,572.68 | 1129-000 | $400.00 | | $163,830.09 |
| 01/23/2023 | (17) | REPOCAST.COM INC | Auction proceeds per court order entered 11/17/22 [docket no. 115] | 1129-000 | $8,053.00 | | $171,883.09 |
| 01/23/2023 | (17) | REPOCAST.COM INC | Buyer's premium from auction | 1129-000 | $358.29 | | $172,241.38 |

22-46555-mlo   Doc 261   Filed 04/19/24   Entered 04/19/24 16:28:04   Page 4 of 7

SUBTOTALS   $181,625.84   $9,384.46

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-46555 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | T.H. MARSH CONSTRUCTION COMPANY | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7176 | | Checking Acct #: | ******0073 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 04/01/2023 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/14/2023 | 6002 | Miederma Auctioneering, Inc. d/b/a Repocast | First and Final Application of Auctioneer for Trustee fees per court order entered 2/14/2023 [docket no. 182] | * | | $28,967.21 | $143,274.17 |
| | | | Buyer's Premium ($14,930.97) | 3610-000 | | | $143,274.17 |
| | | | Commission on Sales ($14,036.24) | 3610-000 | | | $143,274.17 |
| 02/14/2023 | 6003 | Miederma Auctioneering, Inc. d/b/a Repocast | First and Final Application of Auctioneer for Trustee expenses per court order entered 2/14/2023 [docket no. 182] | 3992-000 | | $13,965.00 | $129,309.17 |
| 02/14/2023 | 6004 | Steinberg Shapiro & Clark | First Interim Application of Attorney for Trustee fees per court order entered 2/14/2023 [docket no. 183] | 3110-000 | | $14,992.50 | $114,316.67 |
| 02/14/2023 | 6005 | Steinberg Shapiro & Clark | First Interim Application of Attorney for Trustee expenses per court order entered 2/14/2023 [docket no. 183] | 3120-000 | | $968.86 | $113,347.81 |
| 03/13/2023 | (26) | Invest Detroit Foundation | Payment per Order Approving Compromise entered 2/27/2023 [docket no. 192] | 1249-000 | $62,500.00 | | $175,847.81 |
| 05/10/2023 | (28) | Verizon | Refund from Verizon | 1229-000 | $684.68 | | $176,532.49 |
| 06/07/2023 | 6006 | United States Treasury | TIN 38-1577176 Form 1120 Short fiscal year 8/22/2022 through 2/28/2023 | 2810-000 | | $20,732.00 | $155,800.49 |
| 06/16/2023 | (27) | American Express | Payment per court Order Approving Compromise entered 6/16/2023 [docket no. 200] | 1241-000 | $11,000.00 | | $166,800.49 |
| 08/24/2023 | (3) | Royal Oak First United Methodist Church | Payment per court order entered 8/14/2023 [docket no. 204] | 1121-000 | $10,197.77 | | $176,998.26 |
| 09/12/2023 | (29) | Wells Fargo Customer Care | Refund from Wells Fargo Account x3330 | 1221-000 | $310.34 | | $177,308.60 |
| 11/16/2023 | (4) | Marsh Usqah, LLC | Gross proceeds from sale of University Drive Office Building | 1129-000 | $770,455.16 | | $947,763.76 |
| 11/17/2023 | 6007 | Marsh USQAH LLC | Distributions to other members of Marsh USQAH LLC from sale of University Drive Office Building | 1129-002 | ($577,281.98) | | $370,481.78 |
| 12/01/2023 | 6008 | Insurance Partners | 2023 - 2024 Bond Allocation | 2300-000 | | $167.98 | $370,313.80 |

SUBTOTALS  $277,865.97   $79,793.55

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | | |
|---|---|---|
| **Case No.** | 22-46555 | **Trustee Name:** Mark H. Shapiro |
| **Case Name:** | T.H. MARSH CONSTRUCTION COMPANY | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***7176 | **Checking Acct #:** ******0073 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking Account |
| **For Period Beginning:** | 04/01/2023 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 03/31/2024 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | **TOTALS:** | | | $459,491.81 | $89,178.01 | $370,313.80 |
| | | **Less: Bank transfers/CDs** | | | $0.00 | $0.00 | |
| | | **Subtotal** | | | $459,491.81 | $89,178.01 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $459,491.81 | $89,178.01 | |

**For the period of 04/01/2023 to 03/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $792,647.95 |
| Total Non-Compensable Receipts: | ($577,281.98) |
| Total Comp/Non Comp Receipts: | $215,365.97 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,899.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,899.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/05/2022 to 3/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $1,036,773.79 |
| Total Non-Compensable Receipts: | ($577,281.98) |
| Total Comp/Non Comp Receipts: | $459,491.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $89,178.01 |
| Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements | $89,178.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 22-46555 | Trustee Name: Mark H. Shapiro |
| Case Name: | T.H. MARSH CONSTRUCTION COMPANY | Bank Name: Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7176 | Checking Acct #: ******0073 |
| Co-Debtor Taxpayer ID #: | | Account Title: Checking Account |
| For Period Beginning: | 04/01/2023 | Blanket bond (per case limit): $2,000,000.00 |
| For Period Ending: | 03/31/2024 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $459,491.81 | $89,178.01 | $370,313.80 |

**For the period of 04/01/2023 to 03/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $792,647.95 |
| Total Non-Compensable Receipts: | ($577,281.98) |
| Total Comp/Non Comp Receipts: | $215,365.97 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,899.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,899.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/05/2022 to 3/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $1,036,773.79 |
| Total Non-Compensable Receipts: | ($577,281.98) |
| Total Comp/Non Comp Receipts: | $459,491.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $89,178.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $89,178.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MARK H. SHAPIRO

MARK H. SHAPIRO